UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20628-CR-GRAHAM(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

YAMILE SEGUROLA,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on July 27, 2011. A Report and Recommendation was filed on September 2, 2011 recommending payment in the amount of $75,789.56 as to voucher number FLS102309. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved. The Court Authorizes payment in the amount of **$75,789.56.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of September, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
       Orlando doCampo, Esq.
       Lucy Lara, CJA Administrator